**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

Dr. Jeffrey Chijioke-Uche
_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_____

Sherwood Crossing Apartments Homes, and
_____

National Credit Systems, Inc.
_____

_____

_____

_____

_____

_____

_____

_____
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:   ☒ Yes    ☐ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name                Dr. Jeffrey Chijioke-Uche
            Street Address      190 Wiltshire Ln,
            County, City        Warminster
            State & Zip Code    Pennsylvania, 18974
            Telephone Number    215-420-7953

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __Sherwood Crossing Apartments Homes__
                  Street Address __3400 Red Lion Rd__
                  County, City __Philadelphia__
                  State & Zip Code __PA, 19114__

Defendant No. 2   Name __National Credit Systems, Inc.__
                  Street Address __3750 Naturally Fresh Blvd__
                  County, City __Atlanta__
                  State & Zip Code __GA 30349__

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____

**II.    Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions         ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __FCRA - The Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.:__
__15 U.S. Code § 1681i, 15 U.S. Code § 1681e, 15 U.S. Code § 1681n__
__15 U.S. Code § 1681o, 15 U.S. Code § 1681s, 15 U.S. Code § 1681j, FCRA § 623__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.     Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Philadelphia, Pennsylvania__

B. What date and approximate time did the events giving rise to your claim(s) occur? __July 10, 2023__

C. Facts: Plaintiff was a resident at Sherwood Crossings Apartments Homes for 10 years. On the 10th year (2023), Plaintiff moved out of the rented Apartment. What triggered Plaintiff's move was that there are Mice & Roaches infestation & maintenance issues. On 12/1/2022, Plaintiff reported mice, roaches, kitchen, & laundry room issue to management & told them that if is not fixed on time that he will move out of the Apartment - this served as notice to move per contract. By January 13, 2023 these issues were not fixed, then Plaintiff paid his rent of $4,077.26 on 1/15/2023 and his account balance was $0.00. On 01/30/2023, plaintiff vacated the apartment. Balance was $0.00. Defendant-1 was holding Plaintiff's Security Deposit of $1,035.00 which it is supposed to return to Plaintiff. But didn't return it, instead it confiscated it and said that Plaintiff didn't notify it on time about his moving out of the apartment, therefore it will use the security deposit to clean the apartment. After 2 weeks, defendat-1 sent to plaintiff ledger bill for 02/1/2023 - 02/10/2023 with balance of $110.84 claiming that plaintiff owe it. On 7/10/2023, defendant-1 furnished on Plaintiff's credit report file a collection of $1,790.00. It furnished via the CRAs(Experian,Tranunion,Equifax). This violated FCRA accuracy because Plaintiff does not owe defendant-1 any balance as of 1/30/2023. Defendant-1 violated FCRA 15 in conjuction with NATIONAL CREDIT SYSTEMS, INC. which acted as the collection agency. Pursuant to FCRA inaccurate information dispute procedure, Plaintiff sent Dispute letters to both Defendant-1 & Defendant-2. Both failed to comply to FCRA deletion of inaccurate item as they both left the inaccurate information on Plaintiff's credit report file to damage Plaintiff. Until this day, the inaccurate information exists on EXPERIAN, TRANSUNION, & EQUIFAX credit reports - so these CRAs saw/is still seeing this inaccurate information.

[margin notes: What happened to you? | Who did what? | Was anyone else involved? | Who else saw what happened?]

Rev. 10/2009                                        - 3 -

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. EMOTIONAL DISTRESS, ANGUISH, DISAPPOINTMENT, FEAR OF NOT CREDITWORTHINESS, INSULTS, DISGRACE, CREDIT DENIAL BY LENDER

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1) Actual Damage Compensation: $150,000,000 (One Hundred & Fifty Million Dollars)
   (This is for Actual Damages & Denial of Credit Suffered)
2) FCRA Punitive Damage Compensation: "Amount as determined by the Court & Jury"
   (This is for Willful Negligence & Failure to Comply to FCRA procedures)
3) Court Order to Delete the Inaccurate Information: Pursuant to FCRA 15
   (This is Pursuant to FCRA 15 U.S. Code § 1681i - Procedure in case of disputed accuracy)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __3rd__ day of _____January_____, 20__24__.

Signature of Plaintiff  /S/Dr. Jeffrey Chijioke-Uche

Mailing Address  190 Wiltshire Ln,
Warminster, PA 19874

Telephone Number  215-420-7953

Fax Number *(if you have one)*  215-420-7953

E-mail Address  jc@chijioke-uche.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____