**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DR. JEFFREY CHIJIOKE-UCHE | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-47 |
| | : | |
| SHERWOOD CROSSING | : | |
| APARTMENTS HOMES, NATIONAL | : | |
| CREDIT SYSTEMS, INC. | : | |

# ORDER

**AND NOW**, this 13th day of November 2024, upon considering defendants' motion to dismiss (DI 17), plaintiff's opposition (DI 18), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion to dismiss (DI 17) is **GRANTED** and we **dismiss** the amended complaint without prejudice.  We grant Plaintiff leave to amend the complaint no later than **December 6, 2024**.

**MURPHY, J.**